```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| CATHLEEN BROOKS, | Civil Action |
| Plaintiff, | No. 17-0975 (JBS-AMD) |
| v. | |
| CAMDEN COUNTY JAIL, | **MEMORANDUM OPINION** |
| Defendant. | |

**SIMANDLE, Chief District Judge**

Plaintiff Cathleen Brooks seeks to bring this civil action without prepayment of fees or security and without filing an in forma pauperis ("IFP") application. Docket Entry 1-1.

Plaintiff did not submit an in forma pauperis application with her complaint. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

| | |
|---|---|
| **March 27, 2017** | s/ Jerome B. Simandle |
| Date | JEROME B. SIMANDLE |
| | Chief U.S. District Judge |